IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| GORDON FRANKLIN, JR., | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action |
| | ) | No.  10-3313-CV-S-ODS-H |
| LINDA SANDERS, Warden, | ) | 10-3348-CV-S-ODS-H |
| United States Medical Center for | ) | |
| Federal Prisoners, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER AND JUDGMENT

Pursuant to the governing law and in accordance with Local Rule 72.1 of the United States District Court for the Western District of Missouri, the petitions herein for a writ of habeas corpus were referred to the United States Magistrate for preliminary review under the provisions of 28 U.S.C. § 636(b).

The United States Magistrate has completed his preliminary review of the petitions, which were previously consolidated because the issues were similar, and has submitted to the undersigned a report and recommendation that the petitions be dismissed without prejudice.

Counsel for the petitioner has filed a Motion to Withdraw.  Petitioner was granted an opportunity to file pro se exceptions to the Report and Recommendation, but, time for said filing has now passed, and no exceptions have been filed in this matter.   Because there are no issues presented for  which relief is appropriate,  the motion will be granted.

Petitioner has had a full and fair opportunity to challenge the Magistrate's recommended findings of fact, conclusions of law, and proposed action.  Petitioner has failed to state or show any

facts or legal principles that would create a genuine issue of material fact or warrant correction of the legal principles applied by the Magistrate. No further proceedings will therefore be required in this case.

Therefore, after a de novo review of the report and recommendation and the files and records in this case, it is concluded that the findings of fact, conclusions of law, and proposed actions of the Magistrate are correct and should be approved. It is therefore

ORDERED that the Motion to Withdraw filed by counsel for the petitioner be, and it is hereby, granted; it is further

ORDERED that petitioner be, and he is hereby, denied leave to proceed in forma pauperis; it is further

ADJUDGED that the petitions herein for a writ of habeas corpus be, and are hereby, dismissed without prejudice.

    /s/ Ortrie D. Smith
ORTRIE D. SMITH, Senior
United States District Judge

Date: November 21, 2012